COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § | No. 08-15-00291-CV |
| IN RE | | |
| | § | ORIGINAL PROCEEDING |
| DUTY FREE AMERICAS, INC. AND | | ON PETITION FOR |
| MEUCHADIM OF TEXAS, LTD., | § | WRIT OF MANDAMUS |
| | | |
| RELATORS. | § | |

## MEMORANDUM OPINION

Relators, Duty Free Americas, Inc. and Meuchadim of Texas, Ltd., have filed a petition for writ of mandamus against the Honorable William Moody, Judge of the 34th District Court of El Paso County, Texas, asking the Court to order Respondent to grant Relators' motion to dismiss the underlying suit. Relators have also filed a motion requesting a stay of proceedings in the trial court pending resolution of the mandamus. We deny the motion to stay and the relief sought by the mandamus petition.

To be entitled to mandamus relief, Relators must meet two requirements. *In re Prudential Insurance Company of America, L.L.C.*, 148 S.W.3d 124, 135 (Tex. 2004); *Walker v. Packer*, 827 S.W.2d 833, 840 (Tex. 1992). First, they must show that the trial court clearly abused its discretion. *Prudential*, 148 S.W.3d at 135. Second, they must demonstrate that there is no adequate remedy by appeal. *In re Prudential*, 148 S.W.3d at 135; *In re McAllen Medical Center, Inc.*, 275 S.W.3d 458, 462 (Tex. 2008). Finding that Relators have not made the

required showing, we deny the motion to stay and the petition for writ of mandamus.


October 21, 2015
                                        YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.